*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 10, 2015                    520740
_____

In the Matter of the Claim of
    DOUGLAS E. BARDEN,
                        Appellant.

UNION FOR REFORM JUDAISM,                    MEMORANDUM AND ORDER
                        Respondent.

COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   October 27, 2015

Before:   Lahtinen, J.P., Garry, Rose and Devine, JJ.

                        _____


        Douglas E. Barden, Ridgefield, Connecticut, appellant
pro se.

        Kane Kessler, PC, New York City (Robert L. Sacks of
counsel), for Union for Reform Judaism, respondent.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for Commissioner of Labor,
respondent.

                        _____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed June 16, 2014, which ruled, among other things, that
claimant was disqualified from receiving unemployment insurance
benefits because he voluntarily left his employment without good
cause.

        Decision affirmed.  No opinion.

-2- 520740

Lahtinen, J.P., Garry, Rose and Devine, JJ., concur.


ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court